# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANK OLIVO<br><br>v.<br><br>COMMISSIONER, SSA | §<br>§ Civil Action No. 4:16-CV-919<br>§ (Judge Schell/Judge Nowak)<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 11, 2018, the report of the Magistrate Judge (Dkt. #25) was entered containing proposed findings of fact and recommendations that Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Dkt. #21) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Dkt. #21) should be **GRANTED IN PART AND DENIED IN PART**, and the Commissioner is ordered to pay seven thousand and eighty four dollars and seventy five cents ($7,084.75) as reasonable attorney's fees and costs, made payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 29th day of January, 2018.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE